IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

# FILED

DEC 2 3 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

---

1. **CORTNEY CARLENA KAY GOFF, Pro Se**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

1 **THE CITY OF TULSA**, 2 **TIMOTHY MARLER**, 3 **SERGEANT BROWN**, 4 **CAPTAIN THOMAS BELL**, 5 **CAPTAIN JAIMIE KIRBY, AND** 6 **MAJOR JILLIAN PHIPPEN in their individual and official capacities**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

**(Non-Prisoner Complaint)**

Case No. 2 5 CV - 6 9 3 CVE - CDL

*(to be filled in by the Clerk's Office)*

Jury Trial:  ■ Yes  ☐ No
*(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

ProSe-05

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

|   |   |
|---|---|
| Name: | Cortney Carlena Kay Goff |
| Street Address: | 213 E. Archer St, apt 12 |
| City and County: | Tulsa |
| State and Zip Code: | Oklahoma 74103 |
| Telephone Number: | 918-734-6712 |
| E-mail Address: | courtney.goff88@gmail.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

|   |   |
|---|---|
| Name: | CITY OF TULSA |
| Job or Title: (if known) | |
| Street Address: | 175 East 2nd Street, suite 260 |
| City and County: | Tulsa |
| State and Zip Code: | Oklahoma, 74103 |
| Telephone Number: | 918-596-7513 |
| E-mail Address: (if known) | cityclerk@cityoftulsa.org |

█    Individual capacity              Official capacity

2

Defendant No. 2

Name:                    Timothy Marler

Job or Title:            Reserve Tulsa Police Officer
 (if known)

Street Address:          3436 N. Delaware Ave.

City and County:         Tulsa

State and Zip Code:      Oklahoma, 74110

Telephone Number:        918-591-4100

E-mail Address:          Unknown
 (if known)

█ Individual capacity            █ Official capacity

Defendant No. 3

Name                     Brown, Gilcrease Division (first name unknown)

Job or Title             Sergeant
 (if known)

Street Address           3436 N. Delaware Ave.

City and County          Tulsa

State and Zip Code       Oklahoma, 74110

Telephone Number         918-591-4100

E-mail Address           Unknown

 (if known)

█ Individual capacity            █ Official capacity

Defendant No. 4

Name                     Thomas Bell (Mingo Valley Division, formerly
Gilcrease Division)

Job or Title             Captain
 (if known)

Street Address           10122 E. 11th ST.

3

City and County          Tulsa

State and Zip Code       Oklahoma, 74128

Telephone Number         918-586-6000

E-mail Address           tbell@cityoftulsa.org

(if known)

☐     Individual capacity          ☐     Official capacity

Defendant No. 5

Name                     Jaimie Kirby, Internal Affairs

Job or Title             Captain

(if known)

Street Address           7515 Riverside Pkwy,

City and County          Tulsa

State and Zip Code       Oklahoma, 74136

Telephone Number         918-591-1100

E-mail Address           jkirby@cityoftulsa.org

(if known)

☐     Individual capacity          ☐     Official capacity

Defendant No. 6

Name                     Jillian Phippen, Public Affairs

Job or Title             Major

(if known)

Street Address           600 Civic Center, Suite 303G

City and County          Tulsa

State and Zip Code       Oklahoma, 74103

Telephone Number         918-596-9373

4

ProSe-05

E-mail Address        jphippen@cityoftulsa.org

(if known)

■    Individual capacity        ■    Official capacity

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

■    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1) Fourth Amendment- Unreasonable Seizure
2) Fourteenth Amendment- Deprivation of Procedural Due Process and opportunity to be heard and contest
3) Municipal Liability (Monell Claim)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing

5

ProSe-05

under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Reserve Officer, Timothy Marler, acted under color of law, when he had my vehicle unconstitutionally towed (and subsequently sold) on March 7, 2024. Marler identified himself as a Tulsa Police officer; Marler was on duty at the time he requested the tow; Marler utilized official Tulsa Police Department form(s), equipment and radio when he requested the unconstitutional tow of my vehicle. Sergeant Brown, Captain Thomas Bell, Captain Jaimie Kirby and Major Jillian Phippen, represented themselves (via phone and email) as Tulsa Police personnel, they were on duty at the time of depriving me of my civil rights and they used City of Tulsa email addresses when they refused to rectify the violation of my civil rights.

III.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

- The events occurred at my former rental home, located at: 140 N. Delaware Ave., Tulsa, Oklahoma 74110.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Volunteer Officer, Timothy Marler, had my registered vehicle towed as "abandoned", on March 7, 2024, at approximately 12:30pm.

6

ProSe-05

C.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

The inciting incident that preceded the violation of my constitutional rights, happened on or around, January 23, 2024, when my vehicle (2009, Lexus ES 350), was parked parallel to the curb, in front of my former rental home, located at: 140 N. Delaware Ave., Tulsa, OK. 74110, during the January ice storm; my car was hit and left damaged, with no contact information left by the hit and run driver. I discovered the damage on the morning of January 23, 2024; I called Tulsa Police non-emergency number. Officer Stephen Parrish came to my home and opened a hit and run investigation, providing me with a police report number. This same date, I contacted my Insurance Company and opened up a claim for the damage; my car had full coverage insurance.

As I awaited the settlement of my insurance claim, my vehicle remained parked in front of my home, out of the flow of traffic, parallel to the curb. On February 27, 2024, Active Duty Officer, I. Chambers (first name unknown), came to my residence to investigate an anonymous complaint about my vehicle being abandoned. I confirmed to Chambers that my car was not abandoned, but had been the victim of a hit and run; I provided Chambers with the police report number for the hit and run report. My vehicle also had up to date tag, registration, insurance and my driver's license was current- Chambers concluded that my car was not abandoned, and he closed the Mayor's action complaint, which I have a hard copy of.

On March 7, 2024, Reserve Officer Timothy Marler, came to my home, while I was at work, in response to the anonymous Mayor's action complaint, that had already been investigated and closed, by Active Duty Officer I. Chambers, and initiated the unreasonable tow of my vehicle as "abandoned", which led to the sale of my vehicle on April 29, 2024, by Allied Tow, the City's contracted tow company. Marler knew that my car was not abandoned, as he notated me as the registered owner on his tow slip (I have a hard copy of); within the Tulsa Police's internal database,  was the active hit and run report, noting me as the owner and noting my car was not abandoned, but the victim of a hit and run. Marler failed to do his due diligence in utilizing this readily available information.

ProSe-05

Prior to the unlawful sale of my property, I spoke with Sergeant Brown, Captain Thomas Bell, and members of Allied Tow, the City's contracted Tow company, verifying that I was the registered owner, but my concern was dismissed via phone and email, and my rightful property was sold. After my car was unreasonably sold, I filed an internal affairs complaint to Jaimie Kirby, who closed the complaint citing no misconduct on the part of her officers. Per the City of Tulsa's internal affairs complaint procedure, the complaint is supposed to be reviewed by the Chief of Police, prior to closing it. This did not occur by Captain Kirby. When I pointed this out via email, Major Jilllian Phippen gave a hearsay account, stating she spoke to the Captain and that the tow was "valid" and the matter wouldn't be revisited, and Phippen has ignored all of my subsequent emails for resolution.

IV.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I did not sustain any physical injuries; however, I've experienced inconvenience, mental, emotional distress and loss of enjoyment.

V.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- **Court costs:** $405 + any additional court costs and cost to service suit upon defendant
- **Cost of Lyft rides** (had to use Lyft after car was unlawfully seized): $7,425.03 (running tally)
- **Car immediately seized and returned to me, the rightful owner**
- **Cost of any additional mileage, wear and tear to vehicle:** Amount to be determined
- **Compensatory damages (Emotional distress, mental anguish and inconvenience):** Today marks 656 days that I've been deprived of my property. I

8

ProSe-05

want $35 per day that I've been deprived of my property, until it is safely returned to me; I was 35 years old when my car was unconstitutionally seized and sold as abandoned, after members of the Tulsa Police Department knew I was the confirmed owner. $22,960.

- **Punitive damages:** due to the widespread refusal to unbiasedly adhere to Federal and state law, regarding my Civil rights. Amount to be determined.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 23 2025

Signature of Plaintiff _Courtney Goff_

Printed Name of Plaintiff _Courtney Goff_

213 E. Archer St.
Apt 12
Tulsa, Ok. 74103
918-734-6712

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

9

ProSe-05

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____

ProSe-05